IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **ISRAEL GARCIA AND IRENE GARCIA** | § § | |
| **Plaintiffs** | § | |
| | § | **CIVIL ACTION NO. 7:15-cv-00449** |
| v. | § | |
| | § | |
| **WELLINGTON RISK INSURANCE AGENCY, INC.** | § § | |
| **Defendant** | § | |

## AGREED STIPULATION OF DISMISSAL FOR PLAINTIFFS

Plaintiffs, Israel Garcia and Irene Garcia, Defendant, Wellington Risk Insurance Agency, Inc., and Defendant/Intervenor, Pillar Insurance Company file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiffs are Israel Garcia and Irene Garcia, Defendant is Wellington Risk Insurance Agency, Inc., and Defendant/Intervenor, Pillar Insurance Company.

2. On June 19, 2015, Plaintiffs sued Defendant in the 275th District Court, Hidalgo County, Texas, Cause No. C-2555-15-E. On July 20, 2015 Wellington Risk Insurance Agency, Inc. filed its Original Answer. On October 26, 2015, Pillar Insurance Company filed its Notice of Removal.

3. On or about December 18, 2015, the parties settled this case. As a result of this settlement, all issues in the above-styled and numbered litigation have been fully and finally settled. Plaintiffs now move to dismiss the suit against All Defendants.

4. Defendant agrees to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiffs have not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

Respectfully submitted

By:    /s/Thomas F. Nye
Thomas F. Nye
State Bar No. 15154025
Southern Dist. No. 7952
Attorney-in-charge
tnye@gnqlawyers.com
P.O. Box 6666
Corpus Christi, Texas 78466
Telephone: (361) 654-7008
Fax: (361) 654-7001

**ATTORNEYS FOR DEFENDANT, WELLINGTON RISK INSURANCE AGENCY, INC. AND FOR DEFENDANT/INTERVENOR PILLAR INSURANCE COMPANY**

*Of counsel:*

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 5959
Brownsville, Texas 78523
Telephone (956) 544-7110
Fax: (956) 544-0607

William Gault
State Bar No. 07765050
Southern Dist. No.14685
bgault@gnqlawyers.com


GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 4200
Edinburg, Texas, 78540
Telephone: (956) 618-0628
Fax: (956) 618-0670

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 6666
Corpus Christi, Texas 78466
Telephone: (361) 654-7008
Fax: (361) 654-7001

Mikell A. West
State Bar No. 24070832
Southern Dist. No. 1563058
mwest@gnqlawyers.com

By:   */s/ Rodolfo Canche, Jr.*
Rodolfo Canche, Jr.
State Bar No. 24040635
320 Lindberg Avenue
McAllen, Texas 78501
Telephone:  (956) 377-0187
Telecopier:  (956) 750-7060
rudycanche@canchelaw.com

**COUNSEL FOR PLAINTIFFS,**
**ISRAEL GARCIA AND IRENE GARCIA**
*Signed with permission*

## CERTIFICATE OF SERVICE

I certify that on February 18, 2016, a copy of the parties' Agreed Stipulation of Dismissal was *electronically filed* on the CM/ECF system, and will be served on the following attorney in charge for Plaintiffs, Israel Garcia and Irene Garcia, via electronic filing or regular mail:

Rodolfo Canche, Jr.
Law Office of Rodolfo Canche, Jr.
Email: rudycanche@canchelaw.com

**VIA E-FILING**

   /s/Thomas F. Nye
Thomas F. Nye